# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHRISTOPHER CORY, Petitioner, v. JOHN SUTTON, Warden, Respondent. | Case No. ED CV 16-2560 GW (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 12/1/17

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE